■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN STRIBULA, Appellant. — Judgment of resentence, Supreme Court, New York County (Harold Baer, J.), rendered on July 11, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Carro and Milonas, JJ.